Official Form 8
(12/03)

# United States Bankruptcy Court
### Eastern District of Tennessee

In re **Wendell Ray Hobbs / Rhonda Lea Hobbs**          Case No. _____
                          Debtor(s)                    Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   | | Description of Property | Creditor's name |
   |---|---|---|
   | 1. | 2000 Freightliner | Daimler Chrysler |
   | 2. | Mobile Home | Vanderbilt Mortgage |

   *b. Property to Be Retained*          *[Check any applicable statement.]*

   | | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
   |---|---|---|---|---|---|
   | 1. | 3 bedroom, 2 bath frame home on 11 acres in Chickamauga, GA | Bank of America | | | X |
   | 2. | 3 bedroom, 2 bath frame home on 11 acres in Chickamauga, GA | Bank of America | | | X |
   | 3. | 1998 Ford Mustang 6 cyl auto | GMAC | | | X |

Date **August 15, 2005**        Signature  **/s/ Wendell Ray Hobbs**
                                           **Wendell Ray Hobbs**
                                           Debtor

Date **August 15, 2005**        Signature  **/s/ Rhonda Lea Hobbs**
                                           **Rhonda Lea Hobbs**
                                           Joint Debtor